UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOSCHE INDUSTRIES, INC.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-04054-JMF<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: August 13, 2019

For the Plaintiff:

By: _____
　　Jonathan Shalom, Esq.
　　SHALOM LAW, PLLC
　　24-04 Metropolitan Avenue
　　Kew Gardens, New York 11415
　　Telephone: (718) 971-9474
　　Email: Jshalom@JonathanShalomLaw.com

For the Defendant:

By: _____
　　Sean J. Kirby, Esq.
　　Sheppard Mullin Richter & Hampton LLP
　　30 Rockefeller Plaza, 39th Floor
　　New York, NY 10112
　　Telephone: (212) 634-3023
　　Email: skirby@sheppardmullin.com

SO ORDERED: _____
Hon. Jesse M. Furman, U.S.D.J.
August 16, 2019
New York, New York